# IN THE SUPREME COURT OF THE STATE OF DELAWARE

RYAN SHOVER, §
§ No. 263, 2018
 Defendant Below, §
 Appellant, § Court Below—Superior Court
§ of the State of Delaware
v. §
§
STATE OF DELAWARE, § Cr. ID No. N1511001640
§
 Plaintiff Below, §
 Appellee. §

Submitted: May 8, 2019
Decided: May 21, 2019

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 21st day of May, 2019, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis of its transcript rulings during trial.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice